| | |
|---|---|
| 1 | Name: Edward Komito |
| 2 | Address: 1326 Doe Trail Road |
|   | Allentown, PA 18104 |
| 3 | Phone Number: 610-395-7898 |
| 4 | E-mail Address: ekomito@gmail.com |
| 5 | *Pro Se* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| Edward Komito | ) | Case Number: 5:19-cv-04679-JLS |
| | ) | |
| | ) | [PROPOSED] ORDER GRANTING |
| | ) | MOTION FOR PERMISSION FOR |
| Plaintiff, | ) | ELECTRONIC CASE FILING |
| | ) | |
| vs. | ) | DATE: |
| Thomson Reuters Holdings, Inc. et al. | ) | TIME: |
| | ) | COURTROOM: |
| | ) | JUDGE: |
| | ) | |
| Defendant. | ) | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: _____       _____

United States District/Magistrate Judge

Name: Edward Komito
Address: 1326 Doe Trail Road
Allentown, PA 18104
Phone Number: 610-395-7898
E-mail Address: ekomito@gmail.com

*Pro Se*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| Edward Komito ) | Case Number: 5:19-cv-04679-JLS |
| ) | |
| ) | **MOTION FOR PERMISSION FOR** |
| Plaintiff, ) | **ELECTRONIC CASE FILING** |
| ) | |
| vs. ) | |
| Thomson Reuters Holdings, Inc. et al. ) | Judge Jeffrey L. Schmehl |
| ) | |
| ) | |
| Defendant. ) | |

As the (*Plaintiff/Defendant*) Plaintiff ___ in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. I have regular access to the technical requirements necessary to e-file successfully:
   - ☑ A computer with internet access;
   - ☑ An email account on a daily basis to receive notifications from the Court and notices from the e-filing system.
   - ☑ A scanner to convert documents that are only in paper format into electronic files;
   - ☑ A printer or copier to create required paper copies such as chambers copies;
   - ☑ A word-processing program to create documents; and
   - ☑ A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: 10/15/19                      Signature: *Edward Komito*



~~Private Client Group~~
1326 Doe Trail Road
Allentown, PA 18104-2053

 

U.S.M.S.
X-RAY

Clerk of the Court, EDPa
Edward N. Cahn US Courthouse & Federal Building
504 W. Hamilton Street
Allentown, PA 18101

18101$1531 C017