1  Name: Edward Komito
2  Address: 1326 Doe Trail Road
   Allentown, PA 18104
3  Phone Number: 610-395-7898
4  E-mail Address: ekomito@gmail.com
5  *Pro Se*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
PENNSYLVANIA

8  Edward Komito ) Case Number: 5:19-cv-04679-JLS
9                )
                 ) [PROPOSED] ORDER GRANTING
                 ) MOTION FOR PERMISSION FOR
10       Plaintiff, ) ELECTRONIC CASE FILING
                 )
11  vs.          ) DATE:
                 ) TIME:
12  Thomson Reuters Holdings, Inc. et al. ) COURTROOM:
                 ) JUDGE:
13               )
        Defendant. )
14

15  The Court has considered the Motion for Permission for Electronic Case Filing. Finding
16  that good cause exists, the Motion is GRANTED.

18  IT IS SO ORDERED.
19
20  DATED: 11/1/19                    [signature]
21                                    JUDGE
22                                    United States District/~~Magistrate Judge~~