IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4679 |
| | : | |
| THOMSON REUTERS HOLDINGS, INC., *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this    1st    day of November, 2019, upon consideration of Plaintiff Edward Komito's "Motion for Exemption from Payment of the PACER User Fee," it hereby **ORDERED** that this Motion is **GRANTED**.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.