IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Edward Komito,<br><br>    Plaintiff,<br><br>    v.<br><br>Reuters Corporation, Thomson Reuters Holdings, Inc., Westlaw, Inc., Eliot Wrenn<br><br>    Defendants. | Civil Action No.  5:19-cv-04679-JLS |

**DEFENDANTS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants Reuters Corporation, Thomson Reuters Holdings, Inc., Westlaw, Inc., Eliot Wrenn ("Defendants") hereby move for a 30-day extension, until January 3, 2020, to respond to the Complaint in this matter.  Defendants were served with the Complaint on October 17, 2019.  Defendants respectfully request an extension until January 3, 2020 to respond to the Complaint.  Pro Se Plaintiff Edward Komito has indicated that he does not oppose this motion.  Defendants have not previously sought any extensions in this case, nor are there any other pending deadlines.

WHEREFORE, Defendants respectfully request that the Court grant their motion for a 30-day extension of time to respond to the Complaint.

Dated: December 4, 2019

>Respectfully submitted,
>
>**HOLLAND & KNIGHT LLP**
>
>/s/ Mark S. Melodia
>Mark S. Melodia, Esq. (53515)
>Holland & Knight LLP
>31 W. 52nd Street
>New York, NY 10019
>Tel: 212-513-3313
>Email: Mark.Melodia@hklaw.com
>
>Paul Bond, Esq. (*Pro Hac Vice Pending*)
>Holland & Knight LLP
>Cira Centre
>Suite 800
>2929 Arch Street
>Philadelphia, PA 19104
>Tel: 215-252-9535
>Email: Paul.Bond@hklaw.com
>
>*Counsel for Defendants Reuters Corporation, Thomson Reuters Holdings, Inc., Westlaw, Inc., Eliot Wrenn*

## **CERTIFICATE OF SERVICE**

    I, Mark S. Melodia, hereby certify that the foregoing Unopposed Motion For Extension Of Time To Respond To The Complaint has been filed electronically on this 4th day of December, 2019 and is available for viewing on the Court's ECF system.  A copy has been made available to Plaintiff Edward Komito via email and regular mail at the following address:

        Edward Komito
        1326 Doe Trail Road
        Allentown, PA  18104
        Email:  ekomito@gmail.com

        /s/  Mark S. Melodia
        Mark S. Melodia, Esq. (53515)