IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Edward Komito, <br><br> Plaintiff, <br><br> v. <br><br> Reuters Corporation, Thomson Reuters Holdings, Inc., Westlaw, Inc., Eliot Wrenn <br><br> Defendants. | Civil Action No. 5:19-cv-04679-JLS |

### ORDER

AND NOW, this 10TH day of December, 2019, upon consideration of Defendant's Unopposed Motion for Extension of Time To Respond To The Complaint, and any response thereto, it is hereby **ORDERED** that the Motion is **GRANTED** and that the Defendants shall answer or otherwise respond to the Complaint on or before January 3, 2020.

SO ORDERED:

_____
                       J.