IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO | : | CIVIL ACTION |
|       Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | NO. 5:19-4679 |
| THOMSON REUTERS HOLDINGS, INC, et. al. | : | |
|       Defendants. | : | |

CONFERENCE NOTICE

    A settlement conference will be held on **February 7, 2020** at **9:30 A.M.** before the Honorable Timothy R. Rice, United States Magistrate Judge, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106 in **Courtroom 3G**.

- Please notify the Court if settlement is not a real possibility.

- The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference. Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, defendant should arrange a telephone conference with chambers and counsel for plaintiff.

- If jointly requested by counsel, the judge is available for ex parte telephone conferences with each side before the scheduled in-person settlement conference. Please contact chambers to arrange a pre-conference telephone call.

    Please complete the attached summary and email it to chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov or fax to (267) 299-5064 on or before **January 24 , 2020**.

                                                  */s/ Donna Marie Croce*
                                                  Donna Marie Croce, Deputy
                                                  Honorable Timothy R. Rice
                                                  U.S. Magistrate Judge
                                                  (267) 299-7660

Date:   January 8, 2020
Cc:     Mr. Komito and Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

SETTLEMENT CONFERENCE SUMMARY

CAPTION:  KOMITO v. THOMSON TEUTERS HOLDINGS, Inc., et. al. 5:19-4679

DISTRICT COURT JUDGE: _____     JURY  /  NONJURY
                                (Circle One)
    TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

    _____

MOTIONS  PENDING:

    _____
    _____
    _____

OTHER RELEVANT MATTERS:

    _____
    _____

PRIOR OFFERS / DEMANDS:

    _____
    _____
    _____

ATTACH SYNOPSIS OF CASE (LIMITED TO ONE –TWO PAGES)