IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 19-CV-4679 |
| | : | |
| THOMSON REUTERS HOLDINGS, INC., *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this  14th  day of January, 2020, it is hereby **ORDERED** that a status conference shall be held on Tuesday, February 25, 2020 at 3:30 p.m. in the READING Chambers of Judge Jeffrey L. Schmehl, The Gateway Building, 201 Penn Street, Reading, Pennsylvania.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.