# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | No. 5:19-4679 |
| | : | |
| THOMSON REUTERS HOLDINGS, INC, et al., | : | |
|    Defendant. | : | |

## **ORDER**

AND NOW, this 7th day of February, 2020, It is hereby ordered that:

1. Defendant Eliot Wren is dismissed with prejudice by agreement of the parties;

2. The Clerk is directed to impound and seal the exhibits/attachments filed with the complaint (Doc. 2) and with the motion for preliminary injunction (Doc.3). The public right of access to these materials is substantially outweighed by the importance of precluding public access to plaintiff's confidential personal, identifying, and financial information.


BY THE COURT:


\_\_/s/ Timothy R. Rice\_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE