**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EDWARD KOMITO, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:19-4679 |
| | : | |
| THOMSON REUTERS HOLDINGS, | : | |
| INC, et al., | : | |
| Defendant. | : | |

O R D E R

AND NOW, on February 18, 2020, it is ORDERED that the court order of February 10, 2020 is AMENDED to permit the Honorable Timothy R. Rice to enforce the terms of the settlement.

BY THE COURT:

/s/Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE